UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| AUTOMATED TRANSACTIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:12-cv-00393-JAW |
| BATH SAVINGS INSTITUTION, | ) ) ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed March 14, 2013 (ECF No. 20), the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Motion to Stay (ECF No. 8) be and hereby is GRANTED.  It is further ORDERED that the Objection to the Scheduling Order (ECF No. 9) be and hereby is MOOTED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 3rd day of April, 2013